IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **KELLIE WILLIAMS-BOX,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:12-CV-66 (MTT)** |
| ) | |
| **GEORGIA BOARD OF REGENTS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Before the Court is the Plaintiff's Motion, styled as a Motion to Dismiss pursuant to Fed. R. Civ. P. 23(e) and 66. (Doc. 15). The Court construes this as a motion by the pro se Plaintiff to voluntarily dismiss her case pursuant to Fed. R. Civ. P. 41(a)(2). The Plaintiff requests dismissal with the opportunity to refile pending the conclusion of a second investigation by the Equal Employment Opportunity Commission. The Plaintiff's Motion is **GRANTED** and this action is **dismissed without prejudice**.

**SO ORDERED**, this 7th day of November, 2012.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT